IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) |
| :--- | :--- |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:19-10019-STA |
| JOSHUA EMILE MALONE, | ) |
| Defendant. | ) |

---

**ORDER ON GUILTY PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on February 25, 2019, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Joshua Emile Malone, appearing in person, and with counsel, Dianne Smothers.

The defendant entered a plea of guilty to Count 1, 2, 3 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 28, 2019 at 1:30 P.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 25th day of February, 2019.

                                                s/ S. Thomas Anderson
                                                CHIEF JUDGE, U. S. DISTRICT COURT