IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.             Cr. No. 19-10019-STA

JOSHUA EMILE MALONE,

   Defendant.

## ORDER AND NOTICE OF RESETTING

  This matter having come before the Court on Defendant's Motion to Continue Sentencing, upon good cause shown and there being no objection from the government, the Motion is hereby GRANTED.

 The sentencing shall be set for the 16th day of July, 2019 at 9:00a.m.

 It is so ORDERED, this the 28th day of May, 2019.

           s/S. Thomas Anderson
           S. THOMAS ANDERSON
           CHIEF UNITED STATES DISTRICT JUDGE