IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                              Cr. No. 19-10019-STA

JOSHUA EMILE MALONE,

    Defendant.

---

### ORDER AND NOTICE OF RESETTING

---

This matter having come before the Court on Defendant's Motion to Continue Sentencing, upon good cause shown and there being no objection from the government, the Motion is hereby GRANTED.

The sentencing shall be reset for the **6th day of September, 2019 at 9:00a.m.**

It is so ORDERED, this the 15th day of July, 2019.

                                                s/S. Thomas Anderson
                                                S. THOMAS ANDERSON
                                                CHIEF UNITED STATES DISTRICT JUDGE